DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE P. FONT,**
Appellant,

v.

**THE HOMES AT SHERIDAN OCEAN CLUB
HOMEOWNERS' ASSOCIATION, INC.,** a
Florida Not for Profit Corporation,
Appellee.

No. 4D2022-3389

[May 2, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. CACE19-013410.

Jose P. Font of Font & Nelson, PLLC, Fort Lauderdale, for appellant.

Jeremy Dicker of Sachs Sax Caplan, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***